UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONDA A. HUBLEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | ) <br> ) <br> ) <br> ) NO. CV-07-3108-CI <br> ) <br> ) <br> ) **JUDGMENT IN A** <br> ) **CIVIL CASE** <br> ) <br> ) <br> ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for additional proceedings, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 30th day of December, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk